DAVID A. HUBBERT
Deputy Assistant Attorney General

Tijuhna A. Green (TXBN 24106025)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340
202-307-0054 (f)
Tijuhna.A.Green@usdoj.gov
Western.taxcivil@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FARR CONSTRUCTION CORPORATION, d/b/a RESOURCE DEVELOPMENT COMPANY, | Case No. 3:24-CV-00540-ART-CLB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND RESPONSE DEADLINE |
| vs. | |
| UNITED STATES OF AMERICA, | (First Request) |
| Defendant. | |

    Defendant, the United States of America, and Plaintiff Farr Construction Corporation, by and through their undersigned counsel, hereby stipulate to a sixty-day extension of the United States' deadline to respond to Plaintiff's Complaint from January 13, 2025, to March 14, 2025. In support, the Parties state the following:

    1.    Plaintiff Farr Construction Corporation d/b/a Resource Development Company filed its complaint seeking a refund in the $442,286.83. Plaintiff's refund claim allegedly stems from an employee retention credit (ERC) for quarterly tax period ending March 31, 2021. ECF No. 1.

    2.    The United States Attorney's Office for the District of Nevada was served with a copy of the Complaint and summons on or around November 14, 2024. Accordingly, the United States' response to the Complaint is due on or before January 13, 2025. Fed. R. Civ. P. 12(a)(2).

3. The United States needs more time to obtain files from the Internal Revenue Service and to formulate its position in this matter. Accordingly, the Parties request an extension of sixty days to, and including, March 14, 2025, for the United States to respond to Plaintiff's Complaint.

4. Rule 6(b) authorizes this Court to grant an extension of time for good cause shown. *See also* LR IA 6-1. This is the United States' first request for an extension of time to file a response to the Plaintiff's Complaint.

5. By filing this stipulation, the United States does not waive any defenses listed in Fed. R. Civ. P. 12.

6. This extension is not interposed for the purposes of delay.

7. No party will be prejudiced because of this request.

WHEREFORE, the Parties respectfully request that this Court grant their stipulation extending the United States' response deadline to March 14, 2025.

[CONTINUED ON NEXT PAGE]

Respectfully submitted,

DATED: January 8, 2025

    s/Tijuhna A. Green
TIJUHNA A. GREEN
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section - Western Region
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
Telephone:   (202) 616-3340
Facsimile:   (202) 307-0054
E-mail: Tijuhna.A.Green@usdoj.gov
*Attorneys for Defendant United States of America*

DATED: January 8, 2025

    s/Jeffrey B. Setness
JEFFREY B. SETNESS, ESQ.
Fabian VanCott
411 East Bonneville Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone:   (702) 286-2626
Facsimile:   (877) 898-1168
E-mail: jsetness@fabianvancott.com
*Attorneys for Plaintiff Farr Construction Corporation*

## ORDER APPROVING STIPULATION

Based on the Stipulation filed by the Parties and good cause appearing, it is hereby ordered that the foregoing Stipulation is approved. The United States' deadline to respond to the Plaintiff's Complaint is hereby extended to March 14, 2025.

**IT IS SO ORDERED.**

DATED: January 13, 2025

UNITED STATES MAGISTRATE JUDGE