**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FARR CONSTRUCTION CORPORATION, d/b/a RESOURCE DEVELOPMENT COMPANY,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:24-CV-00540-ART-CLB<br><br>**ORDER GRANTING**<br><br>Stipulation to Stay |

Defendant, the United States of America, and Plaintiff, Farr Construction Corporation, hereby stipulate to stay all proceedings pending the resolution of the Parties' settlement discussions. In support, the Parties state the following:

1. Plaintiff Farr Construction Corporation d/b/a Resource Development Company filed its complaint seeking a refund of $424,286.83 for the quarterly tax period ending March 31, 2021. ECF No. 1. Plaintiff claims that it is entitled to an Employee Retention Credit ("ERC") provided by the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), as

amended by the Taxpayer Certainty and Disaster Tax Relief Act of 2020 ("Relief Act"), and I.R.C. §3134.

2. Good cause exists for the requested stay. The United States has reviewed documents related to the Plaintiff's refund claim. The Parties have also discussed proposed terms that will resolve the remaining issues here. Any proposed resolution, however, is subject to the approval from an authorized delegate of the Attorney General and must proceed through the Department of Justice's settlement procedures. The requested stay will allow sufficient time to fully explore resolution of this case without further litigation. Because there will be no other issues for the Court to resolve, the stay will also promote judicial efficiency.

3. Accordingly, the Parties request that the Court stay this case pending the resolution of the Parties' settlement discussions. The United States will file a status report on or by September 30, 2026, concerning the status of Plaintiff's refund claim.

4. This motion is not requested for the purposes of delay. No party will be unduly prejudiced by the relief sought in this motion.

WHEREFORE, the Parties respectfully request that this Court grant this joint motion staying this case pending the resolution of the Parties' settlement discussions.

Respectfully submitted,

DATED: August 31, 2026

*s/Tijuhna A. Green*

TIJUHNA A. GREEN
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
*Attorney for Defendant United States of America*

DATED: August 31, 2026

*s/Jeffrey B. Setness*

JEFFREY B. SETNESS, ESQ.
Fabian VanCott
2275 Corporate Circle, Suite 220
Henderson, Nevada 89074
*Attorney for Plaintiff Farr Construction Corporation*

**ORDER APPROVING STIPULATION**

The foregoing stipulation to stay the case pending the resolution of the Parties' settlement discussions (ECF No. 29) is GRANTED.

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2026.

Anne R. Traum
United States District Judge